## THE WARD MACHINERY COMPANY *v.* BLUE SHIELD OF MARYLAND, INC., ET AL.

[No. 88, September Term, 1981.]

*Dismissed: February 1, 1982.*

Submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Joint motion of dismissal filed by counsel and Order filed dismissing appeal.

## INDEPENDENT NEWS CO., INC. and THE MARY-LAND NEWS DISTRIBUTING COMPANY ET AL. *v.* ECON-O-PAK, INC., ET AL.

[Misc. No. 6, September Term, 1981.]

*Dismissed: February 2, 1982.*

Submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Joint motion to dismiss appeal filed by counsel and Order filed dismissing same.